U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jun 24 2025

CAROL L. MICHEL
CLERK

SP                                    EDSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

Debra Spears-Williams
(your name)

EEOC CHARGE NUMBER:

461-2023-02067

MISCELLANEOUS

NO. 24 - 2310

SECTION  JMAG. 1

APPLICATION FOR APPOINTMENT OF ATTORNEY
PURSUANT TO 42 U.S.C. 2000e-5(f)(1)

I hereby apply for appointment of an attorney to represent me in a suit pursuant to 42 U.S.C. 2000e-5(f)(1) to be brought in connection with the charge indicated above.

In support of this application, the following statements are made to the court:

A Notice of Right to Sue has been issued to me by the Equal Employment Opportunity commission on **06\20\2024** . A copy of the Notice of Right to Sue is attached to this application.

I am unable to obtain a lawyer to represent me because: (indicate whether you are unable to pay a lawyer and whether you have made efforts to obtain the services of a lawyer and have been unsuccessful).

I made efforts to obtain the services of a
lawyer and have been unsuccessful, also
I am unable to afford a lawyer

11 20 24 DSW
Date
6 24 25

Debra Spears-Williams
Signature
Debra Spears- Williams
Name Printed
6500 Bellaire Drive
Street Address
New Orleans LA, 70124
City, State, Zip
(504) 944-4690
Telephone number

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
Debora Spears-Williams
(your name)

EEOC CHARGE NUMBER:

461-2023-02067

MISCELLANEOUS

NO.

SECTION

## ORDER

An application having been brought for appointment of an attorney to represent petitioner pursuant to 42 U.S.C. 2000e-5(f)(1) and the court has determined that petitioner is not entitled to appointment of an attorney for the following reason(s):

_____

_____

_____

_____

Accordingly, IT IS ORDERED that the application for appointment of an attorney is DENIED.

New Orleans, Louisiana, this _____ day of 20_____.

_____

UNITED STATES MAGISTRATE JUDGE